# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved December 27, 2020, as Public Law 116-260, div. F, tit. II, 134 Stat. 1452, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

<u>PUBLIC PURPOSE</u>

The public purpose for which said property is taken is to construct, install, operate, and maintain border barrier, including gates and power to operate such gates as well as roads that will be required to construct, operate, and maintain the border barrier.

# SCHEDULE C

**SCHEDULE C**

LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-8026
Owner:  Gloria Irene Rodriguez, *et al*.
Acres:  1.295

**Being** a 1.295 acre (56,415 square feet) parcel of land, more or less, being out of the Jose Salvador de la Garza Survey, Abstract No. 105, Starr County, Texas, being out of Porción 88, being out of the remainder of a called 17 acre tract conveyed to Ignacio Gutierrez by Warranty Deed recorded in Volume 51, Page 8, Deed Records of Starr County, Texas, being out of a tract of land conveyed to Gloria Rodriguez by General Warranty Deed of Gift recorded in Volume 1356, Page 736, Official Records of Starr County, Texas, and being out of a called 8.62 acre tract described in Volume 51, Page 225, Deed Records of Starr County, Texas (Share No. 25-A), said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "POC RGV-RGC-8026", said point being at the northwest corner of the 8.62 acre tract and the southwest corner of a called 33 acre tract conveyed to Romulo Garza by Warranty Deed recorded in Volume 57, Page 503, Deed Records of Starr County, Texas, and being the same tract of land conveyed to Estanislado Garza de Garza, Guadalupe Garza Zamora, Concepcion Garza Zamora, Felicitas Garza Zamora, Juanita Garza Zamora, Clemencia Garza Zamora, Ronualdo Garza, Feliciana Garza de Bazan, Reynaldo Garza, Ramona Garza, Antonia Garza, Virginia Garza de Porras, Josefa Garza de Guerrero, Medardo Porran, Domingo Porras, Concepcion Garza de Garza, Juan Lino Garza, Romulo Garza and Clemencia Garza de Cantu by Final Decree of Partition recorded in Volume 190, Page 399, Deed Records of Starr County, Texas, said point being in the east line of a called 1888.7 acre tract conveyed to Irene Sheerin, Individually and as Independent Executrix of the Estate of John J. Sheerin, Deceased, et al by Release of Lien recorded in Volume 97, Page 595, Deed Records of Starr County, Texas (Parcel I, First Tract) and being the same tract of land conveyed to Sheerin Real Properties, LTD. by Assumption Special Warranty Deed recorded in Volume 1349, Page 152, Official Records of Starr County, Texas (Tract I), said point being in the west line of Porción 88 and the east line of Porción 87, said point having the coordinates of N=16640603.114, E=909480.671, said point bears N 22°05'20" W, a distance of 1120.34' from United States Army Corps of Engineers Control Point No. SS13-2019;

**Thence:** N 83°11'19" E (N 84°18'00" E, Record), departing the east line of the remainder of the 1888.7 acre tract and the east line of Porción 87, with the north line of the 8.62 acre

## SCHEDULE C (Cont.)

tract and the south line of the 33 acre tract, for a distance of 131.29' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description:

"RGV-RGC-8026-1" for the **Point of Beginning** and northwest corner of Tract RGV-RGC-8026, said point being in the north line of the 8.62 acre tract and the south line of the 33 acre tract, said point having the coordinates of N=16640618.684, E=909611.030;

**Thence:** N 83°11'19" E (N 84°18'00" E, Record), continuing with the north line of the 8.62 acre tract and the south line of the 33 acre tract, for a distance of 269.75' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8026-2" in the north line of Tract RGV-RGC-8026;

**Thence:** N 83°11'19" E (N 84°18'00" E, Record), continuing with the north line of the 8.62 acre tract and the south line of the 33 acre tract, for a distance of 280.69' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8026-2-1" for the northeast corner of Tract RGV-RGC-8026, said point being at the northeast corner of the 8.62 acre tract and the southeast corner of the 33 acre tract, said point being in a westerly line of a called 842.643 acre tract conveyed to the United States of America by Warranty Deed recorded in Volume 1015, Page 532, Official Records of Starr County, Texas "Tract (592)", said point being in the approximate centerline of River Road;

**Thence:** with the easterly lines of the 8.62 acre tract, the westerly lines of the 842.643 acre tract, and the approximate centerline of River Road, the following courses and distances:

• S 06°15'44" E (S 06°15'44" E, Adjoiner Record), for a distance of 96.71' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8026-2-2" for angle;
• S 03°25'48" E (S 03°29'25" E, Adjoiner Record), for a distance of 199.74' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8026-3" for angle;
• S 03°29'25" E (S 03°29'25" E, Adjoiner Record), for a distance of 220.03' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description:

"RGV-RGC-8026-4=8027-3" for the southeast corner of Tract RGV-RGC-8026, said point being at the southeast corner of the 8.62 acre tract and the northeast corner of a called 8.36 acre tract conveyed to Starr Produce Company by Warranty Deed with Vendor's Lien recorded in Volume 659, Page 121, Official Records of Starr County, Texas (Tract Three) and being the same tract of land conveyed to Sheerin Real Properties, LTD. (7/8 Undivided Interest) by Assumption Special Warranty Deed recorded in Volume 1349, Page 152,

## SCHEDULE C (Cont.)

Official Records of Starr County, Texas (Tract III), said point being in the west line of the 842.643 acre tract and the approximate centerline of River Road;

**Thence:** S 85°29'53" W (S 84°18'00" W, Record), departing the west line of the 842.643 acre tract and the approximate centerline of River Road, with the south line of the 8.62 acre tract and the north line of the 8.36 acre tract, for a distance of 60.45' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description:

"RGV-RGC-8026-5=8027-2" for the southwest corner of Tract RGV-RGC-8026, said point being in the south line of the 8.62 acre tract and the north line of the 8.36 acre tract;

**Thence:** departing the north line of the 8.36 acre tract, over and across the 8.62 acre tract, the following courses and distances:

• N 03°29'25" W, for a distance of 220.03' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8026-5-1" for angle; • N 03°25'48" W, for a distance of 199.74' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8026-5-2" for angle;

• N 06°15'44" W, for a distance of 39.94' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8026-5-3" for a southwesterly interior corner of Tract RGVRGC-8026;

• S 83°11'19" W, for a distance of 440.32' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8026-5-4" for a southwesterly corner of Tract RGV-RGC-8026;

• N 48°57'28" W, for a distance of 73.28' to the **Point of Beginning.**

# SCHEDULE D

## SCHEDULE D

### MAP or PLAT

### LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)

### EXHIBIT A

**(1)**

IGNACIO GUTIERREZ
REMAINDER OF
CALLED 17 ACRES
WARRANTY DEED
VOL. 51, PG. 6 DRSC

GLORIA RODRIGUEZ
GENERAL WARRANTY DEED
OF GIFT
VOL. 1356, PG. 736 ORSC

CALLED 8.62 ACRES
VOL. 51, PG. 225 DRSC
(SHARE No. 25-A)

**(2)**

SHEERIN REAL PROPERTIES, LTD.
ASSUMPTION SPECIAL
WARRANTY DEED
VOL. 1349, PG. 152 ORSC
(TRACT I)

IRENE SHEERIN, INDIVIDUALLY
& AS INDEPENDENT EXECUTRIX
OF THE ESTATE OF
JOHN J. SHEERIN,
(DECEASED), ET AL
CALLED 1888.7 ACRES
RELEASE OF LIEN
VOL. 97, PG. 595 DRSC
(PARCEL I, FIRST TRACT)

**(3)**

SHEERIN REAL PROPERTIES, LTD.
½ UNDIVIDED INTEREST
CALLED 8.36 ACRES
ASSUMPTION SPECIAL WARRANTY DEED
VOL. 1349, PG. 152 ORSC
(TRACT III)

STARR PRODUCE COMPANY
CALLED 8.36 ACRES
WARRANTY DEED W/ VENDOR'S LIEN
VOL. 659, PG. 121 ORSC
(TRACT THREE)

**(4)**

ESTANISLADO GARZA DE GARZA,
GUADALUPE GARZA ZAMORA,
CONCEPCION GARZA ZAMORA,
FELICITAS GARZA ZAMORA,
JUANITA GARZA ZAMORA,
CLEMENCIA GARZA ZAMORA,
RONUALDO GARZA,
FELICIANA GARZA DE BAZAN,
REYNALDO GARZA,
RAMONA GARZA,
ANTONIA GARZA,
VIRGINIA GARZA DE PORRAS,
JOSEFA GARZA DE GUERRERO,
MEDARDO PORRAN,
DOMINGO PORRAS,
CONCEPCION GARZA DE GARZA,
JUAN LINO GARZA,
ROMULO GARZA
& CLEMENCIA GARZA DE CANTU
CALLED 33 ACRES
(COMPUTED AREA: 43.645 ACRES)
FINAL DECREE OF PARTITION
VOL. 190, PG. 399 DRSC

#### LINE TABLE

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|------|---------|----------|-------------|--------------|
| L1 | N 22'05'20" W | 1120.34' | N/A | N/A |
| L2 | N 83'11'19" E | 131.29' | N 84'18'00" E | N/A |
| L3 | N 83'11'19" E | 269.75' | N 84'18'00" E | N/A |
| L4 | N 83'11'19" E | 280.69' | N 84'18'00" E | N/A |
| L5 | S 06'15'44" E | 96.71' | S 06'15'44" E | N/A |
| L6 | S 03'25'48" E | 199.74' | S 03'29'25" E | N/A |
| L7 | S 03'29'25" E | 220.03' | S 03'29'25" E | N/A |
| L8 | S 85'29'53" W | 60.45' | S 84'18'00" W | N/A |
| L9 | N 03'29'25" W | 220.03' | N/A | N/A |
| L10 | N 03'25'48" W | 199.74' | N/A | N/A |
| L11 | N 06'15'44" W | 39.94' | N/A | N/A |
| L12 | S 83'11'19" W | 440.32' | N/A | N/A |
| L13 | N 48'57'28" W | 73.28' | N/A | N/A |

#### COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|--------------|----------|---------|---------------|
| 1 | 16640603.114 | 909480.671 | POC RGV-RGC-8026 |
| 2 | 16640618.684 | 909611.030 | RGV-RGC-8026-1 |
| 3 | 16640650.676 | 909878.874 | RGV-RGC-8026-2 |
| 4 | 16640683.966 | 910157.582 | RGV-RGC-8026-2-1 |
| 5 | 16640587.832 | 910168.131 | RGV-RGC-8026-2-2 |
| 6 | 16640388.450 | 910180.082 | RGV-RGC-8026-3 |
| 7 | 16640168.827 | 910193.477 | RGV-RGC-8026-4=8027-3 |
| 8 | 16640164.082 | 910133.211 | RGV-RGC-8026-5=8027-2 |
| 9 | 16640383.705 | 910119.816 | RGV-RGC-8026-5-1 |
| 10 | 16640583.087 | 910107.866 | RGV-RGC-8026-5-2 |
| 11 | 16640622.790 | 910103.509 | RGV-RGC-8026-5-3 |
| 12 | 16640570.568 | 909666.298 | RGV-RGC-8026-5-4 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE)
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 08/20/2019.
6. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
7. THE NATURAL GAS PIPELINES SHOWN HEREON ARE APPROXIMATE AND ARE BASED ON GIS DATA.
8. TITLE RESEARCH WAS PROVIDED BY ORB-PLS, LLC (DATED JUNE 23, 2023).



**LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC

TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019800
874 HARPER ROAD, SUITE 104 - KERRVILLE, TX 78028 - 830-816-1616

| | | | |
|---|---|---|---|
| METES & BOUNDS SURVEY | | BY | DATE |
| UNKNOWN HEIRS OF IGNACIO GUTIERREZ, ET AL | Drawn LMK | 9/24 |
| TRACT No. RGV-RGC-8026 | Checked LMK | 9/24 |
| STARR COUNTY   TEXAS | Surveyor JOB | 9/24 |







SHEET 9 OF 8

MDS PROJ. No. 234800-00   FILE NAME: RGV-RGC-8026   DATE: 9/25/2024

CONTRACT NO.: W9127Q-14-D-0013
T.O.: W9127S-19-F-0139

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



# SCHEDULE E

## SCHEDULE E

## ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-8026

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in Volume 774, Page 750; Volume 1356, Page 737, Official Public Records of Starr County, Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

## SCHEDULE E (Cont.)



# SCHEDULE F

**<u>SCHEDULE F</u>**

<u>ESTIMATE OF JUST COMPENSATION</u>

The sum estimated as just compensation for the land being taken is THIRTY-SIX THOUSAND, FOUR HUNDRED NINETY DOLLARS AND NO/100 ($36,490.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Gloria Irene Rodriguez**<br><br>Austin, Texas | Affidavit of Adverce [sic] Possession, Document No. 1997-189683, recorded on February 14, 1997, in Volume 773, Page 381, in the Public Records of Starr County, Texas. |
| **Alejandro Eloy Rodriguez**<br><br>Kyle, Texas | Deed of Gift, Document No. 1997-189976, recorded on March 4, 1997, in Volume 774, Page 750, in the Public Records of Starr County, Texas. |
| **Aaron Gabriel Rodriguez**<br><br>Austin, Texas | General Warranty Deed of Gift, Document No. 2012-306772, recorded on August 31, 2012, in Volume 1356, Page 737, in the Public Records of Starr County, Texas. |
| **Orlando Rodriguez**<br><br>McAllen, Texas | |
| **Armando Rodriguez**<br><br>Mission, Texas | |
| **Minerva Martinez**<br><br>Garciasville, Texas | |
| **Gloria Rodriguez, a/k/a Gloria R. Campos**<br><br>Garciasville, TX | |
| **Ameida Salinas**<br>**Starr County Tax Assessor-Collector**<br>**100 N. FM 3167, Suite201**<br>**Rio Grande City, Texas  78582** | Property ID 22980 |