UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § § § | |
| vs. | § § | CIVIL NO.   7:26-CV-00082 |
| 1.295 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS; AND GLORIA IRENE RODRIGUEZ, *et al.*, | § § § § § § | |
| Defendants. | § § | |

## CLERK'S RECEIPT

I, Nathan Ochsner, Clerk of the United States District Court for the Southern District of Texas, do hereby certify that on ____3/6/2026____, I received from the United States of America, Plaintiff herein, a direct deposit into the Registry of the Court in the amount of **THIRTY-SIX THOUSAND FOUR HUNDRED NINETY DOLLARS AND 00/100 CENTS** ($36,490.00), being the estimated amount of just compensation in the above entitled condemnation proceeding.

**CLERK, UNITED STATES DISTRICT COURT**

By:   *Daniel Berger*
**Deputy Clerk**