# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 7:26-cv-00082 |
| | § | |
| 1.295 ACRES OF LAND, MORE OR | § | |
| LESS, SITUATE IN STARR COUNTY, | § | |
| STATE OF TEXAS; AND GLORIA IRENE | § | |
| RODRIGUEZ, et al.; | § | |
| | § | |
| | § | |
| Defendants. | § | |

## DISCLOSURE OF INTERESTED PARTIES

NOW COMES the United States of America and hereby certifies that the following

persons or entities have a financial interest in the outcome of this litigation:

1.    The United States of America

2.    Gloria Irene Rodriguez
      Austin, TX
      Defendant

3.    Alejando Eloy Rodriguez
      Kyle, TX
      Defendant

4.    Aaron Gabriel Rodriguez
      Austin, TX
      Defendant

5.    Orlando Rodriguez
      McAllen, TX
      Defendant

6.    Armando Rodriguez
      Mission, TX
      Defendant

7.      Minerva Martinez
        Garciasville, TX
        Defendant

8.      Gloria Rodriguez aka Gloria R. Campos
        Garciasville, TX
        Defendant

9.      Ameida Salinas
        Starr County Tax Assessor & Collector
        Defendant


                                 Respectfully submitted,

                                  **JOHN G.E. MARCK**
                                  **Acting United States Attorney**

                                 Southern District of Texas

              BY:    **s/ *Hilda M. Garcia Concepcion***
                     **HILDA M. GARCIA CONCEPCION**
                     Assistant United States Attorney
                     S.D. Tex. ID. No. 3399716
                     1000 Louisiana, Suite 2300
                     Houston, Texas 77002
                     Telephone: 713)567-9529
                     Facsimile: (713) 718-3300
                     E-mail: Hilda.garcia.concepcion@usdoj.gov
                     Attorney-in-Charge for Plaintiff


                       **<u>CERTIFICATE OF SERVICE</u>**

      The undersigned hereby certifies that on April 7, 2026, a copy of the foregoing was served

on all parties in accordance with the Federal Rules of Civil Procedure.

              By:    **s/ *Hilda M. Garcia Concepcion***
                     **HILDA M. GARCIA CONCEPCION**
                     Assistant United States Attorney